B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

District Of __Montana__

In re __Regina Angela Caligiuri__ )   Case No. __16-60795__
            Debtor                )
                                  )   Chapter __7__
                                  )
__Regina Angela Caligiuri__       )
            Plaintiff             )
                                  )
        v.                        )   Adv. Proc. No. __16-00051-RBK__
__American Education Services; AES/NCT; National Collegiate__ )
__Trust; and Chase Student Loans__ )
            Defendant             )

## AMENDED
## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:   Clerk of Bankruptcy Court
                        Mike Mansfield Federal Courthouse
                        400 North Main Street, 2nd Floor
                        Butte, MT 59701

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:   Blake A. Robertson
                                            Patten, Peterman, Bekkedahl & Green, PLLC
                                            2817 2nd Avenue N., Suite 300
                                            Billings, MT 59101

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

TYLER P. GILMAN
_____ (Clerk of the Bankruptcy Court)

Date: 11-21-16      By: _____ (Deputy Clerk)

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, Blake A. Robertson (name), certify that service of this summons and a copy of the complaint was made November 21, 2016 (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

| American Education Services | AES/NCT | National Collegiate Trust | Chase Student Loans |
|---|---|---|---|
| c/o Steven Small - Holland & Hart | PO Box 61047 | The Prudential Tower | PO Box 7013 |
| PO Box 639 | Harrisburg, PA 17106 | 800 Boylston St., 34th Floor | Indianapolis, IN 46207 |
| Billings, MT 59103-0639 | | Boston, MA 02199 | |

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date Nov. 21, 2016   Signature _____

Print Name: Blake A. Robertson

Business Address: 2817 2nd Ave. N., Suite 300

Billings, MT 59101