UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>**REGINA ANGELA CALIGIURI**,<br><br>Debtor. | Case No. **16-60795-7** |
| **REGINA ANGELA CALIGIURI**,<br><br>Plaintiff.<br><br>-vs-<br><br>**AES/NCT**, **CHASE**, **AMERICAN EDUCATION SERVICES**, and **NATIONAL COLLEGIATE TRUST**,<br><br>Defendants. | Adv No. **16-00051** |

# O R D E R

At Butte in said District this 27th day of December, 2016.

Upon review of Plaintiff's motion for leave to file second amended complaint, filed December 23, 2016, and it appearing therein that counsel for Defendants who have appeared in this adversary proceeding do not oppose the relief requested, the Court finds that the motion is well taken and should be granted.

**IT IS ORDERED** Plaintiff's motion for leave to file second amended complaint, filed

1

December 23, 2016, is granted and the second amended complaint filed with Plaintiff's motion (Document No. 24) is deemed filed.

/s/ Ralph B. Kirscher
Honorable Ralph B. Kirscher
Chief U.S. Bankruptcy Judge